rari denied. JUSTICE BLACKMUN, JUSTICE O'CONNOR, and JUSTICE KENNEDY would grant certiorari.

No. 91–7045 (A–509). HOPKINSON v. SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

No. 91–7061 (A–514). CORDOVA v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.

No. 91–5955. JOHNSTON v. TORRES ET AL., *ante*, p. 971;

No. 91–5996. MARTIN v. GREENSBORO HEALTH CARE, INC., *ante*, p. 987;

No. 91–6021. WAINSCOTT v. MARMAG INVESTMENTS, INC., ET AL., *ante*, p. 988;

No. 91–6022. CONNELLY v. KOVACHEVICH, *ante*, p. 988;

No. 91–6264. BAUER v. UNITED STATES ET AL., *ante*, p. 993; and

No. 91–6330. GEURIN v. DEPARTMENT OF VETERANS AFFAIRS, *ante*, p. 1016. Petitions for rehearing denied.

No. 91–5549. DOE v. UNITED STATES, *ante*, p. 896. Motion of petitioner for leave to file petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this motion.

JANUARY 23, 1992

No. 91–1013. RLI INSURANCE CO. v. COE. Sup. Ct. Ark. Certiorari dismissed under this Court's Rule 46.